

# In the Court of Criminal Appeals of Texas

No. PD-1101-19

WILLIE MAURICE HERVEY, JR., *Appellant*

v.

THE STATE OF TEXAS

On State's Motion for Hearing on Discretionary Review
From the Fifth Court of Appeals
Wichita County

YEARY, J., filed a dissenting opinion.

Rather than grant the State's motion for rehearing to disavow a portion of the Court's opinion on original submission, I would take this opportunity to grant rehearing on the Court's own motion to reconsider the entire case. Because the Court does not, I respectfully dissent.

**FILED:**                                     November 6, 2024
**DO NOT PUBLISH**